IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE: LATOYA MCCURTAIN
DEBTOR

CASE NO: 2:09-bk-73436 B
CHAPTER 13

### CHAPTER 13 ORDER DISMISSING CASE
### FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on June 23, 2010, requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required, and therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of June 23, 2010.

IT IS SO ORDERED.

Date: August 24, 2010

/s/ Ben T. Barry
Ben T. Barry
United States Bankruptcy Judge

cc: Joyce Bradley Babin, Trustee

Hopkins & Holmes Atty At Law
P O Box 7359
Van Buren, AR 72956

Latoya Mccurtain
1807 N 33Rd
Fort Smith, AR 72904

GO 11-10b / CW / 195a